

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00018-CV

Frank **HERRERA**,
Appellant

v.

**INVERTERRA HOLDINGS, LLC**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI00438
Honorable Nadine Melissa Nieto, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, this appeal is this appeal is
DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are assessed against
appellant.

SIGNED June 20, 2024.

_____
Lori I. Valenzuela, Justice